```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF TEXAS
                   CORPUS CHRISTI DIVISION
```

| | | |
|---|---|---|
| CAPITOL RECORDS, INC., et al., | § § § | |
| Plaintiffs, | § § | Civil Action No. C-07-57 |
| v. | § § | |
| ERIC RODRIGUEZ, | § § | |
| Defendant. | § § | |

### ORDER

On this day came on to be considered Plaintiffs' motion to continue the initial pretrial and scheduling conference in the above-styled action. (D.E. 5). Plaintiffs seek to reschedule the initial pretrial and scheduling conference in this matter because Plaintiffs have not yet served the Defendant Eric Rodriguez.

Plaintiffs' motion for continuance is hereby DENIED. The initial pretrial and scheduling conference in this matter will go forward as scheduled on March 22, 2007. Plaintiffs may appear telephonically at the conference.

SIGNED and ENTERED this 21st day of March, 2007.

_____
Janis Graham Jack
United States District Judge