```
           IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF TEXAS
                  CORPUS CHRISTI DIVISION
```

CAPITOL RECORDS, INC., et al.,   §
                                 §
    Plaintiffs,                  §    Civil Action
                                 §    No. C-07-57
v.                               §
                                 §
ERIC RODRIGUEZ,                  §
                                 §
    Defendant.                   §

## ORDER

On March 22, 2007, the Court conducted a scheduled initial pretrial and scheduling conference in the above-styled action. At that conference, Plaintiffs informed the Court that they had not yet served the Defendant Eric Rodriguez. Accordingly, the Court has rescheduled the initial pretrial and scheduling conference to April 23, 2007, at 1:15 p.m.

Plaintiffs are hereby ORDERED to effectuate personal service on the Defendant prior to the rescheduled initial pretrial and scheduling conference on April 23, 2007.

Further, Plaintiffs shall serve a copy of this Order on the Defendant.

SIGNED and ENTERED this 23rd day of March, 2007.

_____
        Janis Graham Jack
    United States District Judge